# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

Courtney Knepfel

*Plaintiff(s)*

v.

Lynne Miller, et. al.

*Defendant(s)*

Civil Action No. 26-cv-2138

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

LYNNE MILLER
730 South 8th Street, Unit 113
Sheboygan, Wisconsin 53081

As an individual Defendant

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you receive it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*LINDA M. KLEMM, CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

Civil Action No. 26-cv-2138

## PROOF OF SERVICE

**(*This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l)*)**

This summons and the attached complaint for *(name of individual and title, if any):* ____________________

were received by me on *(date)* ________________ .

☐ I personally served the summons and the attached complaint on the individual at *(place):* ____________________

____________________ on *(date)* ________________ ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)*

____________________ , a person of suitable age and discretion who resides there,

on *(date)* ________________ , and mailed a copy to the individual's last known address; or

☐ I served the summons and the attached complaint on *(name of individual)* ____________________

who is designated by law to accept service of process on behalf of *(name of organization)* ____________________

____________________ on *(date)* ________________ ; or

☐ I returned the summons unexecuted because ____________________ ; or

☐ Other *(specify):* ____________________

____________________ .

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: ________________

____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc.: